STATE v. JAMES FAISON, JR.

(Filed 17 April, 1957.)

APPEAL by defendant from *Seawell, J.,* November Criminal Term 1956 of WAKE.

Criminal prosecution tried upon a bill of indictment charging the defendant with an assault with intent to commit rape upon the body of a female person, he, the defendant, being a male person over 18 years of age: a violation of G.S. 14-22.

Defendant pleaded Not Guilty. The jury returned a verdict of Guilty of an assault on a female.

From a judgment of imprisonment, defendant appeals.

*George B. Patton, Attorney General, and T. W. Bruton, Assistant Attorney General, for the State.*

*Taylor & Mitchell for Defendant, Appellant.*

PER CURIAM. The evidence was amply sufficient to carry the case to the jury, and to sustain the verdict and judgment. We have carefully examined all of defendant's assignments of error, and all are overruled. The charge has not been brought forward. Therefore, it is presumed that the jury was charged correctly as to the law arising upon the evidence, as required by G.S. 1-180. *S. v. Phelps,* 242 N.C. 540, 89 S.E. 2d 132. The defendant has failed to show any error or reason sufficient to disturb the trial and judgment below. *S. v. Davis,* 229 N.C. 386, 50 S.E. 2d 37.

No error.